# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                      **Crim. No. 5:13-CR-321-1F**

**ALEXANDER LAPINSKI**

On June 14, 2012, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                      I declare under penalty of perjury that the foregoing is true and correct.

                                      /s/ Michael C. Brittain  
                                      Michael C. Brittain  
                                      Senior U.S. Probation Officer  
                                      310 New Bern Avenue, Room 610  
                                      Raleigh, NC 27601-1441  
                                      Phone: 919-861-8674  
                                      Executed On: February 12, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _12th_ day of _February_, 2015.

                                                          James C. Fox  
                                                          Senior U.S. District Judge